**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**BRIAN ANTONIO WATTS**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:08cv95-LRA**

**RANKIN COUNTY, MISSISSIPPI, ET AL**                                    **DEFENDANTS**

---

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, and the Motion to Dismiss filed by Defendant Rankin County, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice as to all Defendants, and, Final Judgment in favor of Defendants Rankin County, Ken Dickerson, and Johnny Harris a/k/a Johnny Harold is hereby entered.

SO ORDERED , this the 31st day of July, 2009.


/s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE